```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 14000
    SHON D BARNES
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-7329

-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/03/2007 and was confirmed 10/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/09/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID            PAID
-------------------------------------------------------------------------------
THE CIT GROUP/CONSUMER F  CURRENT MORTG       .00              .00             .00
THE CIT GROUP/CONSUMER F  MORTGAGE ARRE   1540.18              .00         1540.18
THE CIT GROUP/CONSUMER F  CURRENT MORTG       .00              .00             .00
THE CIT GROUP/CONSUMER F  MORTGAGE ARRE    441.24              .00          441.24
THE CIT GROUP/CONSUMER F  UNSEC W/INTER NOT FILED              .00             .00
HOUSEHOLD                 CURRENT MORTG       .00              .00             .00
HOUSEHOLD                 MORTGAGE ARRE   4000.00              .00             .00
HOUSEHOLD                 UNSEC W/INTER NOT FILED              .00             .00
ROYAL PRESTIGE CREDIT     SECURED         2431.00              .00          368.42
ROYAL PRESTIGE CREDIT     UNSEC W/INTER NOT FILED              .00             .00
KIMBERLY J WEISSMAN       NOTICE ONLY   NOT FILED              .00             .00
MONTEREY FINANCIAL        SECURED          950.00              .00          454.17
PIERCE & ASSOCIATES       NOTICE ONLY   NOT FILED              .00             .00
TRANSPORT FUNDING LLC     SECURED VEHIC  15191.00           343.54         2340.40
WILSHIRE CREDIT CORPORAT  CURRENT MORTG       .00              .00             .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE       .00              .00             .00
CAVALRY PORTFOLIO SERVIC  UNSEC W/INTER NOT FILED              .00             .00
CAPITAL ONE               UNSEC W/INTER    879.75              .00             .00
PREMIER BANCARD CHARTER   UNSEC W/INTER    182.86              .00             .00
FORECLOSURE MANAGEMENT C  NOTICE ONLY   NOT FILED              .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    676.97              .00             .00
LCS FINANCIAL             NOTICE ONLY   NOT FILED              .00             .00
NICOR GAS                 UNSEC W/INTER    903.31              .00             .00
REMEX                     UNSEC W/INTER NOT FILED              .00             .00
STAWIARSKI & ASSOC        NOTICE ONLY   NOT FILED              .00             .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER   1095.49              .00             .00
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER    973.69              .00             .00
MONTEREY FINANCIAL        UNSEC W/INTER      9.52              .00             .00
ROUNDUP FUNDING LLC       UNSEC W/INTER   1460.93              .00             .00
TRANSPORT FUNDING LLC     UNSEC W/INTER     64.80              .00             .00
BANK OF MARIN             UNSEC W/INTER    679.36              .00             .00
LEGAL HELPERS PC          DEBTOR ATTY    2,200.00                         2,200.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 14000 SHON D BARNES
```

```
TOM VAUGHN                    TRUSTEE                                  533.05
DEBTOR REFUND                 REFUND                                      .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  8,221.00

PRIORITY                                             .00
SECURED                                         5,144.41
    INTEREST                                      343.54
UNSECURED                                            .00
ADMINISTRATIVE                                  2,200.00
TRUSTEE COMPENSATION                              533.05
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                   8,221.00               8,221.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 07/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 14000 SHON D BARNES